# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | MIGDALIA RIVERA PIMENTEL & EFRAIN SANTOS TORRES |
| Case Number: | 09-00990-SEK13   Chapter: 13 |
| Date / Time / Room: | TUESDAY, JUNE 09, 2009 08:30 AM   COURTROOM 1 |
| Bankruptcy Judge: | SARA DE JESUS |
| Courtroom Clerk: | RMALAVE |
| Reporter / ECR: | RITA MAYOR |

### Matters:

1) *CONF* CONFIRMATION OF PLAN DATED 2/13/2009
   R / M #:   3 / 0

2) ADV: 3-09-00070
   **MIGDALIA RIVERA PIMENTEL vs BANCO BILBAO VIZCAYA**
   *PTR* PRETRIAL
   R / M #:   0 / 0

### Appearances:

JULIEL PEREZ ON BEHALF OF JOSE RAMON CARRION MORALES, TRUSTEE
JUAN MANUEL SUAREZ COBO, ATTORNEY FOR MIGDALIA RIVERA PIMENTEL, EFRAIN SANTOS TORRES
ANGEL M. VAZQUEZ BAUZA, ATTORNEY FOR BANCO BILBAO VIZCAYA

### Proceedings:

PARTIES WILL FILE PRETRIAL OR SETTLEMENT BY SEPTEMBER 8, 2009.

CONFIRMATION OF PLAN IS HELD IN ABEYANCE AWAITING OUTCOME OF ADVERSARY PROCEEDING.