IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-00990 SEK

MIGDALIA  RIVERA PIMENTEL

Chapter 13

EFRAIN  SANTOS TORRES

XXX-XX-4372

XXX-XX-0323

FILED & ENTERED ON 03/16/2010

Debtor(s)

ORDER TO SHOW CAUSE

Debtors will show cause within ten (10) days why this case should not be dismissed or converted for unreasonable delay that is prejudicial to creditors and an inability to obtain the confirmation of a plan, 11 U.S.C. Section 1307 (c)(1)(5).  Failure to respond may cause the Court to dismiss or convert the case without further hearing.  Debtors' answer and any plan filed together with a Trustee's favorable recommendation shall be considered on 5/11/2010 AT 2:00 P.M. to be held at United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico.

San Juan, Puerto Rico, this March 16, 2010.

Sara E. De Jesús Kellogg
U.S. Bankruptcy Judge

C:  ALL CREDITORS,
    DEBTOR (S)
    JUAN MANUEL SUAREZ COBO
    JOSE RAMON CARRION MORALES