### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br>**RIVERA PIMENTEL, MIGDALIA**<br>**Social Security: xxx-xx-4372**<br>**SANTOS TORRES, EFRAIN**<br>**Social Security: xxx-xx-0323**<br><br>Address:<br>**CALLE DRACO #43**<br>**URB. LA MARINA**<br>**CAROLINA, PR 00979**<br><br>**DEBTORS** | **CASE NO. 09-00990**<br><br>**CHAPTER 13** |

### MOTION REQUESTING EXTENSION OF TIME
### TO REPLY TO ORDER TO SHOW CAUSE

**TO THE HONORABLE COURT:**

**COME NOW** debtors, represented by the undersigned attorney and respectfully represent and pray as follows:

1. On or about March 16, 2010, the appearing party through the undersigned attorney received copy of an order to show cause, indicating why the case should not be dismissed, granting us 10 days to reply, hereinafter referred as the order.

2. The appearing party requests a 30 day, extension of time to reply to the order, because the undersigned attorney needs to meet with the debtor(s), obtain trustee's payment record, review the trustee's recommendation, and meet with the trustee if necessary, to determine if a further amendment to the plan will resolve the issues presented by the trustee.

**WHEREFORE** the appearing party pryas from this Honorable Court to grant the

1

extension of time requested.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all parties in interest, including but not limited to: Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906, and José R. Carrión, Esq.. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, March 23, 2010

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Telephone: (787) 791-1818
Fax: (800) 986-1842

*/s/ Juan M. Suárez Cobo*
**JUAN M. SUÁREZ COBO**
USDCPR 211010
suarezcobo@prtc.net
Attorney for:
Rivera Pimentel, Migdalia
Santos Torres, Efrain
