IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 09-00990-SEK/C

IN RE:

CHAPTER: 13

RIVERA PIMENTEL, MIGDALIA
(SS: 4372)

SANTOS TORRES, EFRAIN
(SS: SANTOS TORRES, EFRAIN)

Debtor(s)

CALLE DRACO #43
URB. LA MARINA
CAROLINA, PR 00979

## MOTION TO WITHDRAW DOCKET ENTRY # 29

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represent(s) as follows:

1. The Debtor(s) inform(s) the withdraw the motion filed at docket entry**#29** and accordingly withdraw(s) the same, without prejudice.

**WHEREFORE** debtor(s) pray(s) from this Honorable Court to take notice of the information herein provided and grant this motion as herein requested.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, this April 12, 2010

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest in the attached master address list. We will serve by Postal Service the document to any non CM/ECF participants.

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Tel:(787) 791-1818
Fax: (787) 791-4260

*/S/ Juan M. Suárez Cobo*
Juan M. Suárez Cobo
USDCPR 211010
**suarezcobo@prtc.net**