# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br>**RIVERA PIMENTEL, MIGDALIA**<br>Social Security: xxx-xx-4372<br>**SANTOS TORRES, EFRAIN**<br>Social Security: xxx-xx-0323<br><br>Address:<br>**CALLE DRACO #43**<br>**URB. LA MARINA**<br>**CAROLINA, PR 00979**<br><br>**DEBTORS** | **CASE NO. 09-00990**<br><br>**CHAPTER 13** |

## MOTION IN COMPLIANCE WITH ORDER TO SHOW CAUSE

**TO THE HONORABLE COURT:**

**COME NOW** debtors, represented by the undersigned attorney and respectfully represent and pray as follows:

1. On or about March 16, 2010, debtors through the undersigned attorney received copy of an order from this Court directing the debtors to show cause why the case should not be dismissed or converted due to an inability to obtain confirmation of the plan, granting debtors 10 days to reply, hereinafter referred as the order.

2. The undersigned attorney and debtors, in order to comply with the order, on March 23, 2010, requested in docket no. 27 an extension of time to answer said order.

3. The undersigned attorney and debtors, in order to comply with the order, respectfully submit that on April 12, 2010, the undersigned attorney filed in the adversary

1

complaint 09-00070 docket entry no.13 a motion for summary judgement that once resolved will allow for the confirmation of this case.

**WHEREFORE** the appearing party prays from this Honorable Court to grant this motion.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all parties in interest, including but not limited to: Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906, and José R. Carrión, Esq.. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, April 16, 2010

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Telephone: (787) 791-1818
Fax: (787) 791-4260

*/s/ Juan M. Suárez Cobo*
**JUAN M. SUÁREZ COBO**
USDCPR 211010
suarezcobo@prtc.net
Attorney for:
Rivera Pimentel, Migdalia
Santos Torres, Efrain
