IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>MIGDALIA RIVERA PIMENTEL<br><br>EFRAIN SANTOS TORRES<br><br><br>XXX-XX-4372<br><br>XXX-XX-0323<br><br><br>Debtor(s) | CASE NO. 09-00990 SEK<br><br>Chapter 13 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **HEARING** scheduled for **05/11/2010 AT 2:00 P.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR AUGUST 10, 2010 AT 8:30 A.M.**

San Juan, Puerto Rico, this 30 day of April, 2010.

```
                              CELESTINO MATTA-MENDEZ
                              Clerk of the Court

                          BY: Dennis Rodriguez
                               Deputy Clerk
```

**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(e) (1).**